## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERMANIA THALIA BONILLA, <br><br> Plaintiffs, <br><br> vs. <br><br> JUAN LUIS GARCIA, UBER TECHNOLOGIES, INC., RASIER LLC, UBER USA, LLC, DANIEL A. RIFFEL,  BULDO SANITATION INC., and JOHN DOES Nos. 1-10 (said names being fictitious,) and ABC COMPANIES Nos. 1-10 (said names being fictitious, <br><br> Defendants. | CIVIL ACTION NO: <br><br><br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Uber Technologies, Inc., Rasier, LLC, and Uber USA, LLC (hereinafter "Defendants") by and through their attorneys, Goldberg Segalla LLP, submit this Notice of Removal from the Superior Court of New Jersey, Law Division, Bergen County, in which this matter is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendants state as follows:

### BACKGROUND

1.      This lawsuit is a civil action within the meaning of 28 U.S.C. §§ 1441(a) and 1446(b).

2.      Plaintiff Germania Thalia Bonilla ("Plaintiff") commenced this action on or about March 8, 2022 in the Superior Court of New Jersey, Law Division, Bergen County by filing a Complaint bearing Docket No. BER-L-1369-22.  (**Exhibit A**, Plaintiff's Complaint.)

3.      Plaintiff's Complaint stems from an alleged motor vehicle accident, which occurred in Lodi, New Jersey when a vehicle operated by Defendant Garcia collided with a vehicle operated

by Defendant Riffel. *Id*. ¶53. Plaintiff alleges that she sustained injuries as a backseat passenger in Defendant Garcia's vehicle at the time of the alleged accident. *Id*.

4.     This Notice of Removal is filed within 30 days of service of the initial pleading by Defendants, and within one year of the commencement of this action, as mandated by 28 U.S.C. § 1446(b). Accordingly, removal is timely.

## AMOUNT IN CONTROVERSY/JURISDICTION

5.     Plaintiff's Complaint seeks relief against Defendants under claims for negligence and vicarious liability. (**Exhibit A**, Plaintiff's Complaint.)

6.     Based on the following averments in Plaintiff's Complaint, and although Defendants deny all liability to Plaintiff, Defendants have reason to believe that this action satisfies the amount in controversy requirement of 28 U.S.C. § 1332(a)(1) as the amount in controversy in this action exceeds $75,000, exclusive of interest and costs. For example, paragraph 65 states: "*As a result of the aforesaid negligence of the defendants, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability*." (**Exhibit A**, Plaintiff's Complaint.)

## DIVERSITY OF CITIZENSHIP

7.     Defendants were served with the Complaint on or about March 11, 2022. (**Exhibit B**, Service of Process.)

8.     According to Plaintiff's Complaint, Plaintiff is a New Jersey resident. (**Exhibit A**, Plaintiff's Complaint.)

9.     Defendant Juan Luis Garcia is a resident of Bronx, New York. *Id*.

2

10.     Defendant Uber Technologies, Inc. is a Delaware corporation with a principal place of business in California.

11.     Defendant Rasier, LLC is a Delaware limited liability company     with a principal place of business in California.

12.     Defendant Uber USA, LLC is a Delaware limited liability company     with a principal place of business in California.

13.     Given the facts and circumstances set forth above, this constitutes an action which originally could have been brought before this Court pursuant to 28 U.S.C. § 1332 and which may be removed pursuant to 28 U.S.C. §1441(a), as it is a civil action between citizens of different States and in which citizens or subjects of a foreign state are additional parties, and the amount in controversy, upon information and belief, will exceed the sum or value of $75,000, exclusive of interest and costs.

14.     This Court has subject-matter jurisdiction on the basis of diversity of citizenship under 28 U.S.C. § 1332. Venue is proper pursuant to 28 U.S.C. § 1441(a) as this is the Federal District Court for the District where the State Court suit is pending.

15.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in this action as of the date of filing of this Notice of Removal is attached as **Exhibit C.**

16.     This Notice of Removal will be served on all adverse parties in accordance with 28 U.S.C. § 1446.

17.     A true and correct copy of this Notice of Removal will be filed with the clerk of the Superior Court of New Jersey, Bergen County, in accordance with 28 U.S.C. § 1446.

20959215.v1

**WHEREFORE**, Defendants file this Notice of Removal so that the entire State Court action under Docket No. BER-L-1369-22, now pending in the Superior Court of the State of New Jersey, County of Bergen, is removed to this Court for all further proceedings.

**GOLDBERG SEGALLA, LLP**

Dated: April 8, 2022                              By:     */s/ Elizabeth A. Chang*
                                                         Elizabeth A. Chang, Esquire
                                                         Mail to: PO Box 580 Buffalo, NY 14201
                                                         301 Carnegie Center, Suite 200
                                                         Princeton, NJ 08540
                                                         (609) 986-1300 / (609) 986-1301 Fax
                                                         *Attorneys for Defendants:*
                                                         *Uber Technologies, Inc., Rasier, LLC, and*
                                                         *Uber USA, LLC*

20959215.v1

# Exhibit A

03/09/2022 WED 12:06 FAX Received: Mar 9 2022 01:23pm
Case 2:22-cv-02048-KSH-AME  Document 1  Filed 04/08/22  Page 6 of 37 PageID: 6 ☒002/026

BER-L-001369-22  03/08/2022 5:17:30 PM  Pg 1 of 11 Trans ID: LCV2022963116

Mark A. Apostolos, Esq.
Attorney ID No.: 074412013
SULLIVAN, PAPAIN, BLOCK,
McGRATH COFFINAS & CANNAVO
25 Main Street
Hackensack, New Jersey 07601
(201) 342-0037
Attorneys for Plaintiff(s)

| GERMANIA THALIA BONILLA, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION –BERGEN COUNTY |
|---|---|
| Plaintiffs, | DOCKET No. : |
| v. | Civil Action |
| JUAN LUIS GARCIA, UBER TECHNOLOGIES INC., RASIER LLC, UBER USA, LLC,  DANIEL A. RIFFEL, BULDO SANITATION INC. and "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious) | **COMPLAINT & JURY DEMAND** |
| Defendant. | |

Plaintiff, GERMANIA THALIA BONILLA, residing at 77 Prospect Street, Apt. A,

Garfield, New Jersey, complaining of the defendants, says:

1.    On December 22, 2021, defendant, JUAN LUIS GARCIA resided at 1025 College

Avenue, 3FL, Bronx, New York 10456.

2.    Upon information and belief, on December 22, 2021, defendant, UBER

TECHNOLOGIES INC., was a foreign for-profit company duly licensed to do business in the

State of New Jersey.

3.    Upon information and belief, on December 22, 2021, defendant, RASIER LLC,

was a foreign for-profit company duly licensed to do business in the State of New Jersey.

1

4.     Upon information and belief, on December 22, 2021, defendant, UBER USA LLC, was a foreign for-profit company duly licensed to do business in the State of New Jersey.

5.     On December 22, 2021, defendant, UBER TECHNOLOGIES INC., was a transportation network company as defined by N.J. STAT 39 § 5H-2.

6.     On December 22, 2021, defendant, RASIER LLC, was a transportation network company as defined by N.J. STAT 39 § 5H-2.

7.     On December 22, 2021, defendant, UBER USA LLC, was a transportation network company as defined by N.J. STAT 39 § 5H-2.

8.     On December 22, 2021, defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious), were a transportation network company as defined by N.J. STAT 39 § 5H-2.

9.     On December 22, 2021, defendant, DANIEL A. RIFFEL, resided at 14 Schierloh Ct., Ramsey, New Jersey.

10.    Upon information and belief, on December 22, 2021, defendant, BULDO SANITATION INC., was a domestic for- profit company duly licensed to do business in the State of New Jersey.

11.    On December 22, 2021, defendant, JUAN LUIS GARCIA owned a 2015 Honda Pilot motor vehicle.

12.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle.

13.    On December 22, 2021, defendant, JUAN LUIS GARCIA maintained a 2015 Honda Pilot motor vehicle.

2

14.    On December 22, 2021, defendant, JUAN LUIS GARCIA controlled a 2015 Honda Pilot motor vehicle.

15.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle as a personal vehicle as defined by N.J. STAT 39 § 5H-2.

16.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within defendant, JUAN LUIS GARCIA's, 2015 Honda Pilot motor vehicle.

17.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a transportation network company rider, as defined by N.J. STAT 39 § 5H-2, within defendant, JUAN LUIS GARCIA's, 2015 Honda Pilot motor vehicle.

18.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, UBER TECHNOLOGIES INC.

19.    On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendant, UBER TECHNOLOGIES INC.

20.    On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, UBER TECHNOLOGIES INC.

21.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendant, UBER TECHNOLOGIES INC.

22.    On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as a transportation network company driver for UBER TECHNOLOGIES INC, as defined by N.J. STAT 39 § 5H-2.

3

03/09/2022 WED 12:06 FAX Received: Mar 9 2022 01:24pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 9 of 37 PageID: 9   ☑ 005/026

BER-L-001369-22   03/08/2022 5:17:30 PM   Pg 4 of 11 Trans ID: LCV2022963116

23.     On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendant, UBER TECHNOLOGIES INC.

24.     On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, RASIER LLC.

25.     On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendant, RASIER LLC.

26.     On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, RASIER LLC.

27.     On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendant, RASIER LLC.

28.     On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as a transportation network company driver for RASIER LLC, as defined by N.J. STAT 39 § 5H-2.

29.     On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendant, RASIER LLC.

30.     On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, UBER USA LLC.

31.     On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendant, UBER USA LLC.

4

03/09/2022 WED 12:07 FAX          Received:                    Mar 9 2022 01:24pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 10 of 37 PageID: 10 ⬜006/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 5 of 11 Trans ID: LCV2022963116

32.   On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, UBER USA LLC.

33.   On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendant, UBER USA LLC.

34.   On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as a transportation network company driver for UBER USA, LLC, as defined by N.J. STAT 39 § 5H-2.

35.   On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendant, UBER USA LLC.

36.   On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, UBER USA LLC.

37.   On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

38.   On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

39.   On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

5

03/09/2022 WED 12:07 Received: Mar 9 2022 01:25pm
Case 2:22-cv-02048-KSH-AME Document 1 Filed 04/08/22 Page 11 of 37 PageID: 112007/026

BER-L-001369-22 03/08/2022 5:17:30 PM Pg 6 of 11 Trans ID: LCV2022963116

40. On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as transportation network company driver for "JOHN DOES" Nos. 1-10 and ABC Companies Nos. 1-10, as defined by N.J. STAT 39 § 5H-2.

41. On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

42. On December 22, 2021, defendant, DANIEL A. RIFFEL, owned a 2004 Mack Truck motor vehicle.

43. On December 22, 2021, defendant, DANIEL A. RIFFEL, operated a 2004 Mack Truck motor vehicle.

44. On December 22, 2021, defendant, DANIEL A. RIFFEL, maintained a 2004 Mack Truck motor vehicle.

45. On December 22, 2021, defendant, DANIEL A. RIFFEL, controlled a 2004 Mack Truck motor vehicle.

46. On December 22, 2021, defendant, BULDO SANITATION INC., owned a 2004 Mack Truck motor vehicle.

47. On December 22, 2021, defendant, BULDO SANITATION INC., operated a 2004 Mack Truck motor vehicle.

48. On December 22, 2021, defendant, BULDO SANITATION INC., maintained a 2004 Mack Truck motor vehicle.

49. On December 22, 2021, defendant, BULDO SANITATION INC., controlled a 2004 Mack Truck motor vehicle.

6

03/09/2022 WED 12:07 FAX    Received:                                      Mar  9 2022 01:25pm
Case 2:22-cv-02048-KSH-AME  Document 1  Filed 04/08/22  Page 12 of 37 PageID: 12008/026

BER-L-001369-22  03/08/2022 5:17:30 PM  Pg 7 of 11 Trans ID: LCV2022963116

50.    On December 22, 2021, defendant, DANIEL A. RIFFEL, was an agent, servant and/or employee of defendant, BULDO SANITATION INC.

51.    On December 22, 2021, defendant, DANIEL A. RIFFEL operated a 2004 Mack Truck motor vehicle within the scope of his employment with defendant, BULDO SANITATION INC.

52.    On December 22, 2021, defendant, DANIEL A. RIFFEL operated 2004 Mack Truck motor vehicle with the permission and for the purpose of defendant, BULDO SANITATION INC.

53.    On December 22, 2021, at approximately 4:33 A.M., at the intersection of the off ramp from Route 80W and Riverview Avenue, Lodi, New Jersey, the 2015 Honda Pilot motor vehicle that was being operated by defendant JUAN LUIS GARCIA and that plaintiff was a back seat passenger within, came into contact with the 2004 Mack Truck motor vehicle that was being operated by defendant DANIEL A. RIFFEL.

54.    Defendant, JUAN LUIS GARCIA, was negligent, inter alia, in failing to keep his vehicle under proper control; in failing to keep a proper look out; in failing to see what there was to be seen; in failing to stop at a stop sign; in failing to yield the right of way; in failing to apply the brakes; in failing to avoid striking the 2004 Mack Truck motor vehicle and in failing to avoid the accident, all of which resulting in the 2015 Honda Pilot motor vehicle striking the 2004 Mack Truck motor vehicle and injuring the plaintiff.

55.    Defendants UBER TECHNOLOGIES INC., is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

56.    Defendant RASIER LLC, is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

7

03/09/2022 WED 12:07 FAX    Received:                                    Mar  9 2022 01:25pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 13 of 37 PageID: 13 @009/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 8 of 11 Trans ID: LCV2022963116

57.     Defendant UBER USA LLC is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

58.     Defendants John Does Nos. 1-10 and/or defendants ABC Companies Nos. 1-10, are liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

59.     Defendant, DANIEL A. RIFFEL, was negligent, inter alia, in failing to keep his vehicle under proper control; in failing to keep a proper look out; in failing to see what there was to be seen; in failing to yield the right of way; in failing to apply the brakes; in failing to avoid striking the 2015 Honda Pilot motor vehicle and in failing to avoid the accident, all of which resulting in the 2004 Mack Truck motor vehicle striking the 2015 Honda Pilot motor vehicle and injuring the plaintiff.

60.     Defendant, BULDO SANITATION INC., is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant DANIEL A. RIFFEL.

61.     At all relevant times herein, defendants owed a duty to plaintiff and persons such as plaintiff to operate their motor vehicles without careless and/or negligence, to use reasonable care and caution in the operation of their motor vehicles, to abide by the applicable laws, rules and statutes governing the operation of their motor vehicles and to maintain control of their motor vehicles at all times.

62.     At all relevant times herein, defendants breached the duty to plaintiff in failing to operate their motor vehicles without careless and/or negligence, to use reasonable care and caution in the operation of their motor vehicles, to abide by the applicable laws, rules and statutes governing the operation of their motor vehicles and to maintain control of their motor vehicles at all times.

8

03/09/2022 WED 12:08 FAX Received: Mar 9 2022 01:25pm
Case 2:22-cv-02048-KSH-AME Document 1 Filed 04/08/22 Page 14 of 37 PageID: 142 010/026

BER-L-001369-22 03/08/2022 5:17:30 PM Pg 9 of 11 Trans ID: LCV2022963116

63. As a result of the aforesaid negligence of the defendant, JUAN LUIS GARCIA, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent personal injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability.

64. As a result of the aforesaid negligence of the defendant, DANIEL A. RIFFEL, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent personal injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability.

65. As a result of the aforesaid negligence of the defendants, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent personal injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability.

66. This action is not barred by the provisions of N.J.S.A. 39: 6A-8.

WHEREFORE, plaintiff demands judgment against the defendants, JUAN LUIS GARCIA, UBER TECHNOLOGIES INC., RASIER LLC, UBER USA, LLC, DANIEL A. RIFFEL, BULDO SANITATION INC. and "JOHN DOES" Nos. 1-10 and ABC Companies Nos. 1-10 for damages, jointly, severally and/or jointly and severally, with interest and costs of suit and other such relief the Court deems necessary and proper.

9

03/09/2022 WED 12:08 FAX    Received: Mar 9 2022 01:26pm    Case 2:22-cv-02048-KSH-AME    Document 1    Filed 04/08/22    Page 15 of 37 PageID: 152    ☒011/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 10 of 11 Trans ID: LCV2022963116

SULLIVAN, PAPAIN, BLOCK,
McGRATH COFFINAS & CANNAVO
*Attorneys for Plaintiff(s)*

By: _____
Mark A. Apostolos

DATED: March 8, 2022

10

03/09/2022 WED 12:08 FAX
Received:
Mar 9 2022 01:26pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 16 of 37 PageID: 16
012/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 11 of 11 Trans ID: LCV2022963116

## JURY DEMAND

Plaintiff, GERMANIA THALIA BONILLA, hereby demands a trial by jury on all the issues involved herein.

## NOTICE OF DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, plaintiff herein designates, Mark A. Apostolos, Esq. as Trial Counsel.

## CERTIFICATION PURSUANT TO RULE 4:5-1 (b) (2)

I hereby certify under penalty of perjury that to the best of my knowledge the within action is not presently the subject of any other action pending in any other court or arbitration proceeding, nor is any such action or arbitration contemplated.

SULLIVAN, PAPAIN, BLOCK,
McGRATH COFFINAS & CANNAVO
*Attorneys for Plaintiff(s)*

By: _____
      Mark A. Apostolos

DATED: March 8, 2022

11

# Exhibit B

 **CT Corporation**

**Service of Process Transmittal**
03/11/2022
CT Log Number 541211259

TO:     Brandon Kosinski
        UBER TECHNOLOGIES, INC.
        950 23RD ST
        SAN FRANCISCO, CA 94107-3401

RE:     **Process Served in California**

FOR:    UBER TECHNOLOGIES, INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GERMANIA THALIA BONILLA // To: UBER TECHNOLOGIES, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment, Complaint & Jury Demand |
| **COURT/AGENCY:** | Bergen County Superior Court of New Jersey, NJ<br>Case # BERL136922 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 12/22/2021 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/11/2022 at 11:11 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 35 days from the date you received this Summons, not counting the date your received it |
| **ATTORNEY(S) / SENDER(S):** | Mark A. Apostolos, Esq.<br>SULLIVAN, PAPAIN, BLOCK, MCGRATH, COFFINAS & CANNAVO<br>25 Main Street - Suite 602<br>Hackensack, NJ 07601<br>201-342-0037 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/11/2022, Expected Purge Date: 03/16/2022<br><br>Image SOP<br><br>Email Notification,  Claims Lit  intake@uber.com<br><br>Email Notification,  Brandon Kosinski  bkosinski@uber.com<br><br>Email Notification,  Sara Hernandez  shernandez@uber.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

# Exhibit C

 **CT Corporation**

**Service of Process
Transmittal**
03/11/2022
CT Log Number 541211259

TO:     Brandon Kosinski
        UBER TECHNOLOGIES, INC.
        950 23RD ST
        SAN FRANCISCO, CA 94107-3401

RE:     **Process Served in California**

FOR:    UBER TECHNOLOGIES, INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GERMANIA THALIA BONILLA // To: UBER TECHNOLOGIES, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment, Complaint & Jury Demand |
| **COURT/AGENCY:** | Bergen County Superior Court of New Jersey, NJ<br>Case # BERL136922 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 12/22/2021 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/11/2022 at 11:11 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 35 days from the date you received this Summons, not counting the date your received it |
| **ATTORNEY(S) / SENDER(S):** | Mark A. Apostolos, Esq.<br>SULLIVAN, PAPAIN, BLOCK, MCGRATH, COFFINAS & CANNAVO<br>25 Main Street - Suite 602<br>Hackensack, NJ 07601<br>201-342-0037 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/11/2022, Expected Purge Date: 03/16/2022<br><br>Image SOP<br><br>Email Notification,  Claims Lit  intake@uber.com<br><br>Email Notification,  Brandon Kosinski  bkosinski@uber.com<br><br>Email Notification,  Sara Hernandez  shernandez@uber.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

 CT Corporation

**Service of Process Transmittal**
03/11/2022
CT Log Number 541211259

**TO:** Brandon Kosinski
UBER TECHNOLOGIES, INC.
950 23RD ST
SAN FRANCISCO, CA 94107-3401

**RE:** **Process Served in California**

**FOR:** UBER TECHNOLOGIES, INC.  (Domestic State: DE)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                          Fri, Mar 11, 2022

**Server Name:**                   Carlos Canas

| Entity Served | UBER TECHNOLOGIES, INC. |
|---|---|
| Case Number | BER-L-1369-22 |
| Jurisdiction | CA |



Mark A. Apostolos, Esq.
Attorney ID No.: 074412013
SULLIVAN, PAPAIN, BLOCK,
MCGRATH, COFFINAS & CANNAVO
25 Main Street – Suite 602
Hackensack, New Jersey 07601
(201) 342-0037
Attorneys for Plaintiff(s)

| | |
|---|---|
| GERMANIA THALIA BONILLA, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – BERGEN COUNTY |
| Plaintiffs, | |
| v. | DOCKET No.: BER-L-1369-22 |
| JUAN LUIS GARCIA, UBER TECHNOLOGIES INC., RASIER LLC, UBER USA, LLC, DANIEL A. RIFFEL, BULDO SANITATION INC. and "JOHN DOES" Nos. 1-10 (said names being fictitious) and ABC Companies Nos. 1-10 (said names being fictitious) | Civil Action **SUMMONS** |
| Defendant. | |

FROM: The State of New Jersey

TO: The Defendant(s) Name Above: UBER TECHNOLOGIES, INC.

The plaintiff, named above, has filed a suit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this complaint, you and your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the County listed above within 35 days from the date you received this Summons, not counting the date your received it. (The address of each Deputy Clerk of the Superior Court is provided.) A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

1

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

/s/ Michelle M. Smith
MICHELLE M. SMITH, Clerk of
the Superior Court

DATED: March 9, 2022

Name of Defendant to be served:          UBER TECHNOLOGIES, INC.

Address of Defendant to be served:       1455 Market Street, Suite 400
                                         San Francisco, CA 94103

2

## ADDRESSES FOR ALL COUNTY CLERKS

**ATLANTIC COUNTY**
Law/General Equity Div:
Atlantic County Clerk
1201 Bacharach Blvd
Atlantic City, NJ 08401

**Family Part:**
Atlantic Co. Court House
Family Div/Direct Filing
1201 Bacharach Blvd
Atlantic City, NJ 08401

**BERGEN COUNTY**
Law/General Equity Div:
Bergen County Clerk
119 Justice Center
10 Main Street
Hackensack, NJ 07601

**Family Part:**
Bergen Co. Justice Ctr
10 Main Street, Rm 2220
Hackensack, NJ 07601

**BURLINGTON COUNTY**
Law/General Equity Div:
Burlington County Clerk
Attention: Intake
Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060

**Family Part:**
Burlington County
Attn: Dissolution Intake
Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060

**CAMDEN COUNTY**
Law/General Equity Div:
Camden County Clerk
Hall of Justice
101 So. 5th Street
Camden, NJ 08103

**Family Part:**
Camden Co. Family Div
Hall of Justice
101 So. 5th Street
Camden, NJ 08103-4001

**CAPE MAY COUNTY**
Law/General Equity Div:
Mailing Address:
Cape May Co. Clerk
4 Moore Road, DN 203
Cape May Court House
New Jersey 08210

**Family Part:**
Mailing Address:
Superior Court/Chancery
Family Part
4 Moore Road
Cape May Court House
New Jersey 08210

**CUMBERLAND COUNTY**
Law/General Equity Div:
Cumberland Co. Clerk
Court House
Broad & Fayette Sts
Bridgeton, NJ 08302

**CUMBERLAND COUNTY-Continued**
Family Part:
Dissolution/Direct Filing
Cumberland Co Courthouse
Broad & Fayette Streets
PO Box 636
Bridgeton, NJ 08302

**ESSEX COUNTY**
Law Division:
Essex County Clerk
237 Hall of Records
465 Dr. Martin Luther
King, Jr. Blvd.
Newark, NJ 07102

**General Equity Div:**
Gibraltar Building
153 Halsey Street
Newark, NJ 07102

**Family Division:**
Dissolution Unit/Matrimonial
c/o Family Court
303A Hall of Records
465 Dr Martin Luther
King Jr Blvd
Newark, NJ 07102

**GLOUCESTER COUNTY**
Law/General Equity Div:
Gloucester County Clerk
Attention: Intake
Court House
1 No. Broad Street
PO Box 129
Woodbury, NJ 08096

**Family Part:**
Dissolution Unit
Surrogate's Bldg
Broad & Delaware Sts
PO Box 655
Woodbury, NJ 08096

**HUDSON COUNTY**
Law/General Equity Div:
Hudson County Clerk
Superior Ct-Civil Records
Brennan Court House
583 Newark Avenue
Jersey City, NJ 07306

**Family Part:**
Superior Court
Family Div/Direct Filing
203 Admin. Bldg
585 Newark Avenue
Jersey City, NJ 07306

**HUNTERDON COUNTY**
Law/General Equity Div:
Hunterdon County Clerk
Hall of Records
71 Main Street
Flemington, NJ 08822

**Family Part:**
Family Case Management
Administration Bldg
73 Main Street
Flemington, NJ 08822

**MERCER COUNTY**
Law/General Equity Div:
Mercer County Clerk
209 So. Broad Street
PO Box 8068
Trenton, NJ 08650

**Family Part:**
Family Case Management
Attns Dissolution Unit
650 So. Broad Street
PO Box 8068
Trenton, NJ 08650

**MIDDLESEX COUNTY**
Law/General Equity Div:
Middlesex County Clerk
Attention: Law Div
Court House
PO Box 2633
New Brunswick, NJ 08903

**Family Part:**
Middlesex County Clerk
Matrimonial Section
PO Box 1110
New Brunswick, NJ 08903

**MONMOUTH COUNTY**
Law/General Equity Div:
Monmouth County Clerk
Attention: Law Div
Court House, West Wing
PO Box 1252
Freehold, NJ 07728-1252

**Family Part:**
Chancery Division
Family Part
Court House, PO Box 1252
Freehold, NJ 07728-1252

**MORRIS COUNTY**
Law/General Equity Div:
Superior Court
Judicial Records Mgmt
PO Box 910
Morristown, NJ 07963-0910

**Family Part:**
Morris County Family Div
Court House
Washington Street
Morristown, NJ 07960

**OCEAN COUNTY**
Law/General Equity Div:
Ocean County Clerk
119 Court House
CN-2191
Toms River, NJ 08754

**Family Part:**
Dissolution Unit
210 Justice Complex
120 Hooper Avenue
PO Box 2191
Toms River, NJ 08754

**PASSAIC COUNTY**
Law/General Equity Div:
Passaic County Clerk
Court House
77 Hamilton Street
Paterson, NJ 07505

**PASSAIC COUNTY-Continued**
Family Part:
Passaic Co. Superior Ct
Courthouse Annex/Family Pt
63-65 Hamilton Street
Paterson, NJ 07505

**SALEM COUNTY**
Law/General Equity Div:
Salem County Clerk
92 Market Street
PO Box 18
Salem, NJ 08079

**Family Part:**
Mailing Address:
Family Court Intake
PO Box 223
Salem, NJ 08079

**SOMERSET COUNTY**
Law/General Equity Div:
Somerset County Clerk
Attns Civil Intake
New Court House-3rd Flr
PO Box 3000
Somerville, NJ 08876

**Family Part:**
Family Case Management
Court House, 2nd Floor
PO Box 3000
Somerville, NJ 08876

**SUSSEX COUNTY**
Law/General Equity Div:
Attention: Law Div
Sussex Co. Judicial Ctr
43-47 High Street
Newton, NJ 07860

**Family Part:**
Sussex County Clerk
Family Division
4 High Street
Newton, NJ 07860

**UNION COUNTY**
Law/General Equity Div:
Union County Clerk
1st Flr
2 Broad Street
Elizabeth, NJ 07207

**Family Part:**
Matrimonial Assignment Ofc
Court House, Room B-3
2 Broad Street
Elizabeth, NJ 07207

**WARREN COUNTY**
Law/General Equity Div:
Warren County Clerk
Court House
413 Second Street
Belvidere, NJ 07823

**Family Part:**
Warren County Clerk
Dissolution Unit
Court House, 1st Flr
Belvidere, NJ 07823

Received:                                Mar  9 2022 01:29pm                    2026/026

## ADDRESSES FOR LAWYER REFERRAL SERVICES

| | | |
|---|---|---|
| **Association of Trial Lawyers-N.J.**<br>Lawyer Referral Service<br>150 W. State Street<br>Trenton, NJ 08608<br>(800)367-0089 | **Gloucester County Bar Association**<br>Lawyer Referral Service<br>Justice Complex<br>P.O. Box 338<br>Woodbury, NJ 08096<br>(609)848-4589 | **Salem County Bar Association**<br>Lawyer Referral Service<br>123 So. Broadway<br>Pennsville, NJ 08070<br>(609)678-8363 |
| **Atlantic County Bar Association**<br>Lawyer Referral Service<br>Atlantic County Court House<br>1201 Bacharach Blvd<br>Atlantic City, NJ 08401<br>(609)345-3444 | **Hudson County Bar Association**<br>Lawyer Referral Service<br>583 Newark Avenue<br>Jersey City, NJ 07306<br>(201)796-2727 | **Somerset County Bar Association**<br>Lawyer Referral Service<br>P.O. Box 1095<br>Somerville, NJ 08876<br>(908)685-2123 |
| **Bergen County Bar Association**<br>Lawyer Referral Service<br>61 Hudson Street<br>Hackensack, NJ 07601<br>(201)488-0044 | **Hunterdon County Bar Association**<br>Lawyer Referral Service<br>P.O. Box 267<br>Flemington, NJ 08867<br>(908)735-2611 | **Sussex County Bar Association**<br>Lawyer Referral Service<br>(201)267-3882 |
| **Women Lawyers in Bergen County**<br>Women Lawyers Referral Service<br>(201)567-5777 | **Mercer County Bar Association**<br>Lawyer Referral Service<br>1245 Whitehorse Mercerville Rd.<br>Suite 420<br>Mercerville, NJ 08619-3894<br>(609)890-6200 | **Union County Bar Association**<br>Lawyer Referral Service<br>Court House, 3rd Floor<br>Elizabeth, NJ 07207<br>(908)353-4715 |
| **Burlington County Bar Association**<br>Lawyer Referral Service<br>417 High Street<br>Mt. Holly, NJ 08060<br>(609)261-4862 | **Middlesex County Bar Association**<br>Lawyer Referral Service<br>87 Bayard Street<br>New Brunswick, NJ 08901<br>(908)828-0053 | **Warren County Bar Association**<br>Lawyer Referral Service<br>(201)267-3882 |
| **Camden County Bar Association**<br>Lawyer Referral Service<br>P.O. Box 1027<br>Midlantic Bank Bldg.<br>Broadway & Cooper Streets<br>Camden, NJ 08101<br>(609)964-4520 | **The Monmouth Bar Association**<br>Lawyer Referral Service<br>Court House<br>Freehold, NJ 07728<br>(908)431-5544 | |
| **Cape May County**<br>P.O. Box 425<br>Cape May Court House, NJ 08201<br>(609)463-0313 | **Morris County Bar Association**<br>Lawyer Referral Service<br>10 Park Place, Room 308<br>Morristown, NJ 07960<br>(201)267-5882 | |
| **Cumberland County**<br>Lawyer Referral Service<br>P.O. Box 2031<br>Vineland, NJ 08360<br>(609)692-6207 | **Ocean County Bar Association**<br>Court House<br>P.O. Box 381<br>Toms River, NJ 08753<br>(908)240-3666 | |
| **Essex County Bar Association**<br>Lawyer Referral Service<br>One Newark Center, 16th Floor<br>Newark, NJ 07102-5268<br>(201)622-6207 | **Passaic County Bar Association**<br>Lawyer Referral Service<br>Court House, Hamilton Street<br>Paterson, NJ 07505<br>(201)278-9223 | |

BER-L-001369-22 03/08/2022 5:17:30 PM Pg 1 of 11 Trans ID: LCV2022963116

Mark A. Apostolos, Esq.
Attorney ID No.: 074412013
SULLIVAN, PAPAIN, BLOCK,
McGRATH COFFINAS & CANNAVO
25 Main Street
Hackensack, New Jersey 07601
(201) 342-0037
Attorneys for Plaintiff(s)

| | |
|---|---|
| GERMANIA THALIA BONILLA, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION --BERGEN COUNTY |
| Plaintiffs, | DOCKET No. : |
| v. | Civil Action |
| JUAN LUIS GARCIA, UBER TECHNOLOGIES INC., RASIER LLC, UBER USA, LLC, DANIEL A. RIFFEL, BULDO SANITATION INC. and "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious) | **COMPLAINT & JURY DEMAND** |
| Defendant. | |

Plaintiff, GERMANIA THALIA BONILLA, residing at 77 Prospect Street, Apt. A,

Garfield, New Jersey, complaining of the defendants, says:

1.      On December 22, 2021, defendant, JUAN LUIS GARCIA resided at 1025 College

Avenue, 3FL, Bronx, New York 10456.

2.      Upon information and belief, on December 22, 2021, defendant, UBER

TECHNOLOGIES INC., was a foreign for-profit company duly licensed to do business in the

State of New Jersey.

3.      Upon information and belief, on December 22, 2021, defendant, RASIER LLC,

was a foreign for-profit company duly licensed to do business in the State of New Jersey.

1

03/09/2022 WED 12:06 FAX Received: Mar 9 2022 01:24pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 28 of 37 PageID: 282 003/026

BER-L-001369-22   03/08/2022 5:17:30 PM   Pg 2 of 11 Trans ID: LCV2022963116

4.     Upon information and belief, on December 22, 2021, defendant, UBER USA LLC, was a foreign for-profit company duly licensed to do business in the State of New Jersey.

5.     On December 22, 2021, defendant, UBER TECHNOLOGIES INC., was a transportation network company as defined by N.J. STAT 39 § 5H-2.

6.     On December 22, 2021, defendant, RASIER LLC, was a transportation network company as defined by N.J. STAT 39 § 5H-2.

7.     On December 22, 2021, defendant, UBER USA LLC, was a transportation network company as defined by N.J. STAT 39 § 5H-2.

8.     On December 22, 2021, defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious), were a transportation network company as defined by N.J. STAT 39 § 5H-2.

9.     On December 22, 2021, defendant, DANIEL A. RIFFEL, resided at 14 Schierloh Ct., Ramsey, New Jersey.

10.    Upon information and belief, on December 22, 2021, defendant, BULDO SANITATION INC., was a domestic for- profit company duly licensed to do business in the State of New Jersey.

11.    On December 22, 2021, defendant, JUAN LUIS GARCIA owned a 2015 Honda Pilot motor vehicle.

12.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle.

13.    On December 22, 2021, defendant, JUAN LUIS GARCIA maintained a 2015 Honda Pilot motor vehicle.

2

03/09/2022 WED 22:06 FAX    Received:                        Mar  9 2022 01:24pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 29 of 37 PageID: 292 2004/026

BER-L-001369-22   03/08/2022 5:17:30 PM   Pg 3 of 11 Trans ID: LCV2022963116

14.    On December 22, 2021, defendant, JUAN LUIS GARCIA controlled a 2015 Honda Pilot motor vehicle.

15.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle as a personal vehicle as defined by N.J. STAT 39 § 5H-2.

16.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within defendant, JUAN LUIS GARCIA's, 2015 Honda Pilot motor vehicle.

17.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a transportation network company rider, as defined by N.J. STAT 39 § 5H-2, within defendant, JUAN LUIS GARCIA's, 2015 Honda Pilot motor vehicle.

18.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, UBER TECHNOLOGIES INC.

19.    On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendant, UBER TECHNOLOGIES INC.

20.    On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, UBER TECHNOLOGIES INC.

21.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendant, UBER TECHNOLOGIES INC.

22.    On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as a transportation network company driver for UBER TECHNOLOGIES INC, as defined by N.J. STAT 39 § 5H-2.

3

03/09/2022 WED 12:06 FAX    Received:                              Mar  9 2022 01:24pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 30 of 37 PageID: 302 005/026

BER-L-001369-22   03/08/2022 5:17:30 PM   Pg 4 of 11 Trans ID: LCV2022963116

23.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendant, UBER TECHNOLOGIES INC.

24.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, RASIER LLC.

25.    On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendant, RASIER LLC.

26.    On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, RASIER LLC.

27.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendant, RASIER LLC.

28.    On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as a transportation network company driver for RASIER LLC, as defined by N.J. STAT 39 § 5H-2.

29.    On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendant, RASIER LLC.

30.    On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, UBER USA LLC.

31.    On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendant, UBER USA LLC.

4

03/09/2022 WED 12:07 Received:
Case 2:22-cv-02048-KSH-AME Document 1 Filed 04/08/22 Page 31 of 37 PageID: 312 Mar 9 2022 01:24pm
006/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 5 of 11 Trans ID: LCV2022963116

32.   On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, UBER USA LLC.

33.   On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendant, UBER USA LLC.

34.   On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as a transportation network company driver for UBER USA, LLC, as defined by N.J. STAT 39 § 5H-2.

35.   On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendant, UBER USA LLC.

36.   On December 22, 2021, plaintiff GERMANIA THALIA BONILLA was a back seat passenger within a 2015 Honda Pilot Motor vehicle that was operated by defendant, JUAN LUIS GARCIA, an agent, servant and/or employee of defendant, UBER USA LLC.

37.   On December 22, 2021, defendant, JUAN LUIS GARCIA, provided plaintiff GERMANIA THALIA BONILLA a prearranged ride, as defined by N.J. STAT 39 § 5H-2, through the transportation network company defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

38.   On December 22, 2021, defendant, JUAN LUIS GARCIA, was an agent, servant and/or employee of defendant, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

39.   On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle within the scope of his employment with defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

5

03/09/2022 WED 12:07 FAX    Received:                                    Mar  9 2022 01:25pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 32 of 37 PageID: 322007/026

BER-L-001369-22  03/08/2022 5:17:30 PM  Pg 6 of 11 Trans ID: LCV2022963116

40. On December 22, 2021, defendant, JUAN LUIS GARCIA, was acting as transportation network company driver for "JOHN DOES" Nos. 1-10 and ABC Companies Nos. 1-10, as defined by N.J. STAT 39 § 5H-2.

41. On December 22, 2021, defendant, JUAN LUIS GARCIA operated a 2015 Honda Pilot motor vehicle with the permission and for the purpose of defendants, "JOHN DOES" Nos. 1-10 (said names being fictious) and ABC Companies Nos. 1-10 (said names being fictitious).

42. On December 22, 2021, defendant, DANIEL A. RIFFEL, owned a 2004 Mack Truck motor vehicle.

43. On December 22, 2021, defendant, DANIEL A. RIFFEL, operated a 2004 Mack Truck motor vehicle.

44. On December 22, 2021, defendant, DANIEL A. RIFFEL, maintained a 2004 Mack Truck motor vehicle.

45. On December 22, 2021, defendant, DANIEL A. RIFFEL, controlled a 2004 Mack Truck motor vehicle.

46. On December 22, 2021, defendant, BULDO SANITATION INC., owned a 2004 Mack Truck motor vehicle.

47. On December 22, 2021, defendant, BULDO SANITATION INC., operated a 2004 Mack Truck motor vehicle.

48. On December 22, 2021, defendant, BULDO SANITATION INC., maintained a 2004 Mack Truck motor vehicle.

49. On December 22, 2021, defendant, BULDO SANITATION INC., controlled a 2004 Mack Truck motor vehicle.

6

03/09/2022 Received: Mar 9 2022 01:25pm
Case 2:22-cv-02048-KSH-AME  Document 1  Filed 04/08/22  Page 33 of 37 PageID: 332008/026

BER-L-001369-22  03/08/2022 5:17:30 PM  Pg 7 of 11 Trans ID: LCV2022963116

50.     On December 22, 2021, defendant, DANIEL A. RIFFEL, was an agent, servant and/or employee of defendant, BULDO SANITATION INC.

51.     On December 22, 2021, defendant, DANIEL A. RIFFEL operated a 2004 Mack Truck motor vehicle within the scope of his employment with defendant, BULDO SANITATION INC.

52.     On December 22, 2021, defendant, DANIEL A. RIFFEL operated 2004 Mack Truck motor vehicle with the permission and for the purpose of defendant, BULDO SANITATION INC.

53.     On December 22, 2021, at approximately 4:33 A.M., at the intersection of the off ramp from Route 80W and Riverview Avenue, Lodi, New Jersey, the 2015 Honda Pilot motor vehicle that was being operated by defendant JUAN LUIS GARCIA and that plaintiff was a back seat passenger within, came into contact with the 2004 Mack Truck motor vehicle that was being operated by defendant DANIEL A. RIFFEL.

54.     Defendant, JUAN LUIS GARCIA, was negligent, inter alia, in failing to keep his vehicle under proper control; in failing to keep a proper look out; in failing to see what there was to be seen; in failing to stop at a stop sign; in failing to yield the right of way; in failing to apply the brakes; in failing to avoid striking the 2004 Mack Truck motor vehicle and in failing to avoid the accident, all of which resulting in the 2015 Honda Pilot motor vehicle striking the 2004 Mack Truck motor vehicle and injuring the plaintiff.

55.     Defendants UBER TECHNOLOGIES INC., is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

56.     Defendant RASIER LLC, is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

7

BER-L-001369-22 03/08/2022 5:17:30 PM Pg 8 of 11 Trans ID: LCV2022963116

57. Defendant UBER USA LLC is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

58. Defendants John Does Nos. 1-10 and/or defendants ABC Companies Nos. 1-10, are liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant JUAN LUIS GARCIA.

59. Defendant, DANIEL A. RIFFEL, was negligent, inter alia, in failing to keep his vehicle under proper control; in failing to keep a proper look out; in failing to see what there was to be seen; in failing to yield the right of way; in failing to apply the brakes; in failing to avoid striking the 2015 Honda Pilot motor vehicle and in failing to avoid the accident, all of which resulting in the 2004 Mack Truck motor vehicle striking the 2015 Honda Pilot motor vehicle and injuring the plaintiff.

60. Defendant, BULDO SANITATION INC., is liable to plaintiff as a matter of law for the negligence of their agent, servant or employee, defendant DANIEL A. RIFFEL.

61. At all relevant times herein, defendants owed a duty to plaintiff and persons such as plaintiff to operate their motor vehicles without careless and/or negligence, to use reasonable care and caution in the operation of their motor vehicles, to abide by the applicable laws, rules and statutes governing the operation of their motor vehicles and to maintain control of their motor vehicles at all times.

62. At all relevant times herein, defendants breached the duty to plaintiff in failing to operate their motor vehicles without careless and/or negligence, to use reasonable care and caution in the operation of their motor vehicles, to abide by the applicable laws, rules and statutes governing the operation of their motor vehicles and to maintain control of their motor vehicles at all times.

8

63.     As a result of the aforesaid negligence of the defendant, JUAN LUIS GARCIA, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent personal injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability.

64.     As a result of the aforesaid negligence of the defendant, DANIEL A. RIFFEL, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent personal injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability.

65.     As a result of the aforesaid negligence of the defendants, plaintiff GERMANIA THALIA BONILLA, sustained serious and permanent personal injuries, including fractures, scarring and disfigurement, which have caused and will in the future cause her to expend great sums of money for hospital and medical treatment and has caused him great pain, disfigurement and disability.

66.     This action is not barred by the provisions of N.J.S.A. 39: 6A-8.

WHEREFORE, plaintiff demands judgment against the defendants, JUAN LUIS GARCIA, UBER TECHNOLOGIES INC., RASIER LLC, UBER USA, LLC, DANIEL A. RIFFEL, BULDO SANITATION INC. and "JOHN DOES" Nos. 1-10 and ABC Companies Nos. 1-10 for damages, jointly, severally and/or jointly and severally, with interest and costs of suit and other such relief the Court deems necessary and proper.

9

03/09/2022 WED 12:08 FAX    Received:                    Mar  9 2022 01:26pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 36 of 37 PageID: 36 ⌀011/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 10 of 11 Trans ID: LCV2022963116

SULLIVAN, PAPAIN, BLOCK,
McGRATH COFFINAS & CANNAVO
*Attorneys for Plaintiff(s)*

By: _____
       Mark A. Apostolos

DATED: March 8, 2022

03/09/2022 WED 12:08 FAX    Received:                    Mar 9 2022 01:26pm
Case 2:22-cv-02048-KSH-AME   Document 1   Filed 04/08/22   Page 37 of 37 PageID: 37    001/2/026

BER-L-001369-22   03/08/2022 5:17:30 PM  Pg 11 of 11 Trans ID: LCV2022963116

## JURY DEMAND

Plaintiff, GERMANIA THALIA BONILLA, hereby demands a trial by jury on all the issues involved herein.

## NOTICE OF DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, plaintiff herein designates, Mark A. Apostolos, Esq. as Trial Counsel.

## CERTIFICATION PURSUANT TO RULE 4:5-1 (b) (2)

I hereby certify under penalty of perjury that to the best of my knowledge the within action is not presently the subject of any other action pending in any other court or arbitration proceeding, nor is any such action or arbitration contemplated.

SULLIVAN, PAPAIN, BLOCK,
McGRATH COFFINAS & CANNAVO
*Attorneys for Plaintiff(s)*

By: _____
Mark A. Apostolos

DATED: March 8, 2022

11