UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERMANIA THALIA BONILLA<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN LUIS GARCIA, UBER TECHNOLOGIES, INC., RASIER LLC, UBER USA, LLC, DANIEL A. RIFFEL, BULDO SANITATION INC., and JOHN DOES Nos. 1-10 (said names being fictitious,) and ABC COMPANIES Nos. 1-10 (said names being fictitious),<br><br>Defendants. | CIVIL ACTION NO: 2:22-cv-02048-KSH-AME<br><br>CONSENT ORDER TO REMAND |

THIS MATTER having been opened to the Court by Sullivan, Papain, Block, McGrath, Coffinas & Cannavo, attorneys for the plaintiffs, and the parties having agreed that removal in this matter was improper and having consented to the remand of this matter to New Jersey Superior Court, Bergen County, and the Court having considered the submissions by the parties and good cause having been shown:

IT IS ON THIS __4th__ DAY OF __May__, 2022

ORDERED:

    1. Plaintiff's application to remand this matter to New Jersey Superior Cour, Bergen County, on the grounds that removal was improperly taken, is granted, without interest, costs or attorney's fees;

    2. The matter is hereby remanded to the Superior Court of New Jersey, Bergen County and

1

3. The Clerk is directed, after remand, to close the file.

/s/ Katharine S. Hayden
_____
KATHRYN S. HAYDEN
United States District Judge

CONSENTED TO BY:

SULLIVAN PAPAIN BLOCK
MCGRATH COFFINAS & CANNAVO
*Attorneys for Plaintiff(s)*

By: /s/ Hugh M. Turk
Hugh M. Turk, Esq.

GOLDBERG SEGALLA, LLP
*Attorney(s) for Defendant(s): Rasier LLC, Uber Technologies and Uber USA, LLC*

By: /s/ Elizabeth Chang
Elizabeth Chang, Esq.

HUESTON MCNULTY
*Attorney(s) for Defendant(s): Daniel A. Riffel*

By: /s/ John Gaffney
John Gaffney, Esq.