**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

GERMANIA THALIA BONILLA

           Plaintiff,

v.                  Case No.: 2:22−cv−02048−KSH−AME

JUAN LUIS GARCIA, et al.

           Defendant.


Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−01369−22

**Dear Clerk of Court:**

 Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                 Very truly yours,

                 William T. Walsh, Clerk
                 By Deputy Clerk, ld

encl.
cc: All Counsel